UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TIMBERLY SWIER, | 4:18-CV-04036-KES |
| Plaintiff, | |
| vs. | JUDGMENT |
| CLARITY TELECOM, LLC, d/b/a Vast Broadband, | |
| Defendant. | |

Under the parties' joint motion to dismiss (Docket 12), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated November 7, 2018.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE